IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00752-BNB

CLINTON TEAGUE,

    Plaintiff,

v.

J. WADAS, Correctional Officer,
E. JEFFORDS, Correctional Officer, and
AN UNKOWN [sic] NAMED OFFICER, Correctional Officer,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 2 2007

GREGORY C. LANGHAM
CLERK

ORDER DENYING PLAINTIFF'S MOTION
REQUESTING INJUNCTIVE RELIEF

On July 16, 2007, Plaintiff Clinton Teague, a federal prisoner housed in the State of Indiana, filed a *pro se* pleading titled, "Motion Opposing Brian K. English Involvement in Plaintiff's Civil Action." In the Motion, Plaintiff claims that Mr. English, a case manager at the federal prison where Mr. Teague is incarcerated in Indiana, has refused to give to him a copy of a legal request regarding one of the cases Plaintiff has filed in this Court. Plaintiff also asserts that Mr. English is very biased towards him because of the complaints Plaintiff has filed against prison staff members. Plaintiff appears to seek assistance from this Court for the granting of injunctive relief against Mr. English.

The Court must construe Plaintiff's Motion liberally because he is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se*

litigant's advocate. *Hall*, 935 F.2d at 1110. Therefore, for the reasons stated below, the Motion will be denied.

To the extent that Plaintiff's Motion requests a preliminary injunction against Mr. English, a party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury to him outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Schrier v. Univ. of Colo.*, 427 F.3d 1253, 1258 (10th Cir. 2005). Plaintiff fails to allege any facts that demonstrate he is facing immediate and irreparable injury.

The Court further notes that Plaintiff is asking this Court to grant injunctive relief against someone who is not a party to the action and whose actions more appropriately are addressed by a federal court in the State of Indiana where venue is proper. Accordingly, injunctive relief is not available. Accordingly, it is

ORDERED that Plaintiff's "Motion Opposing Brian K. English Involvement in Plaintiff's Civil Action," (Doc. No. 10), filed July 16, 2007, is DENIED.

DATED at Denver, Colorado, this __1__ day of _____Aug._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00752-BNB

Clinton Teague
Reg. No. 06977-029
USP – Terre Haute
PO Box 12015
Terre Haute, IN 47801

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/2/07

GREGORY C. LANGHAM, CLERK

By: Angie
        Deputy Clerk