IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00752-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

J. WADAS, Correctional Officer,
E. JEFFORDS, Correctional Officer, and
UNKNOWN NAMED OFFICER, Correctional Officer,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 6 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for service of the Complaint (doc. # 12). Pursuant to the Order of Reference dated August 23, 2007 (doc. # 19), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." On August 9, 2007, the court granted Plaintiff Teague leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 14). It is now

    ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If the Clerk of the Court is unable to do so, the United States Marshal shall serve a copy of the Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that the Defendants shall respond to the Complaint (doc.

# 12) as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated at Denver, Colorado this 4th day of September, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00752-LTB-CBS

Clinton Teague
Reg. No. 06977-029
ADX - Florence
PO Box 8500
Florence, CO 81226

J. Wadas, and E. Jeffords - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on J. Wadas, and E. Jeffords; The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 07/06/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/6/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk