IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00752-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

J. WADAS, Correctional Officer, and
E. JEFFORDS, Correctional Officer,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Teague's "Motion Requesting to File only the Original Motion in the Courts as to this Civil Action" (filed August 22, 2007) (doc. # 18).  Pursuant to the Order of Reference dated August 23, 2007 (doc. # 19) and the memorandum dated August 31, 2007 (doc. # 20), this matter was referred to the Magistrate Judge.  The court has reviewed the Motion and the entire case file and is sufficiently advised in the premises.

    Based on his allegation that "his Unit Team members . . . won't be able to make copies for me as requested," Mr. Teague seeks permission from the court to file only his original motions and papers with the court, rather than filing "an original and two copies of every" paper filed with the court in accordance with D.C. COLO. LCivR 10.1 L. of the Local Rules of Practice of the United States District Court for the District of Colorado.  Based upon the evidence filed with the court regarding the same request by Mr. Teague in Civil Action Nos. 06-cv-01800-LTB-CBS and 06-cv-02588-LTB-CBS, the court finds no basis for making an exception to the Local Rules of Practice.

    Accordingly,

    IT IS ORDERED that Mr. Teague's "Motion Requesting to File Only the Original Motion in the Courts as to this Civil Action" (filed August 22, 2007) (doc. # 18) is DENIED.

DATED at Denver, Colorado, this 10th day of September, 2007.

                              BY THE COURT:

                                s/Craig B. Shaffer
                              United States Magistrate Judge