**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   07-cv-00752-LTB-KMT

CLINTON TEAGUE,

      Plaintiff,

v.

J. WADAS, Correctional Officer, and
E. JEFFORDS, Correctional Officer,

      Defendants.

_____

**ORDER**
_____

      This case is before me on the recommendations of the Magistrate Judge issued and served on August 28, 2008 (Doc 70).   Plaintiff filed no timely objections to the recommendations, therefore Plaintiff is barred from *de novo* review.  To the extent his motion to amend could be considered as specific objections, it cannot – amendment would be futile.   Accordingly, it is

      ORDERED that the recommendation is accepted and Defendant's Motion to Dismiss (Doc 35) is GRANTED and this case is DISMISSED in its entirety.

      IT IS FURTHER ORDERED that Plaintiff's Motion Requesting an Injunction and a Restraining Order Against "Unit Manager Collins, Case Manager Finley & Counselor Madison" (Doc 34) is DENIED.

                      BY THE COURT:


                         s/Lewis T. Babcock_____
                      Lewis T. Babcock, Judge

DATED:   September 22, 2008